**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 26-60214-CV-MIDDLEBROOKS

ALBERTO VERDERA MILIAN by
Next Friend YENNIFER CRUZ MILIAN,

      Petitioner,

v.

WARDEN, BROWARD TRANSITIONAL CENTER,
*et al.*,

      Respondents.

_____/

**ORDER REQUIRING PAYMENT OF $5 FILING FEE OR FILING**
**A MOTION TO PROCEED *IN FORMA PAUPERIS***
**WITH SUPPORTING DOCUMENTATION**

**THIS CAUSE** is before the Court on the *pro se* petition for writ of habeas corpus ("Petition") brought pursuant to 28 U.S.C. § 2241 by Next Friend Yennifer Cruz Milian ("Next Friend") on behalf of Petitioner Alberto Verdera Milian ("Petitioner"). Petitioner has neither paid the Clerk's filing fee of $5.00 nor filed a motion to proceed *in forma pauperis* pursuant to Rule 3(a) of the Rules Governing § 2254 Proceedings in the District Courts.[1] Accordingly, upon review of the Petition, the record, and relevant authorities, it is

**ORDERED AND ADJUDGED** as follows:

1.     On or before **February 20, 2026**, Petitioner shall either pay the Clerk's filing fee of $5.00 or, in the alternative, shall file a motion to proceed *in forma pauperis,* with supporting financial affidavit, in accordance with Rule 3(a) of the Rules Governing §2254 Cases in the United States District Courts, upon the form provided with this Order.

---

[1] The Court may apply Rule 3(a) to the instant § 2241 Petition. *See* Rule 1(b), Rules Governing § 2254 Cases in the United States District Courts.

2.     If the filing fee is paid, the check or money order must bear **Case No. 26-60214-CV-Middlebrooks** so the fee will be docketed in the correct case.  This is especially important where the prisoner has filed more than one case.

3.     Petitioner is cautioned that failure to comply with this Order will result in dismissal of this case.

4.     The Clerk of Court shall ensure that the approved form is docketed as an attachment to this Order and mailed to the Petitioner with his copy of this Order and shall make a notation on the Court's docket reflecting that this has been accomplished, as ordered.

**SIGNED** in Chambers at West Palm Beach, Florida, this <u>29th</u> day of January, 2026.

Donald M. Middlebrooks
United States District Judge

**Copies furnished to:**

**Alberto Verdera Milian,** *Pro Se*
A# 240272113
Broward Transitional Center
Inmate Mail/Parcels
3900 North Powerline Road
Pompano Beach, FL 33073

**Yennifer Cruz Milian,** *Next Friend*
11123 S.W. 167th Street
Miami, FL  33157

**United States Attorney**
Noticing 2241/Bivens US Attorney
Email: usafls-2255@usdoj.gov

**United States Immigration & Naturalization Services Attorney**
Noticing INS Attorney
Email: usafls-immigration@usdoj.gov